IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

FILED
13 JUL 18 PM 12: 02
MICHAEL R. MERZ
UNITED STATES
MAGISTRATE JUDGE

IN RE: : CASE NO.: 3:13mj326

SEALED DOCUMENT

ORDER TO UNSEAL DOCUMENTS

Upon Motion of the United States and for good cause shown, the Motion to Seal, Order to Seal, Application for Search and Seizure Warrant, Warrant and return filed in this matter on July 12, 2013 be unsealed.

IT IS SO ORDERED.

JUDGE MICHAEL R. MERZ
UNITED STATES MAGISTRATE JUDGE